IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

G&G CLOSED CIRCUIT EVENTS, LLC     *

        Plaintiff     *

v.     *     CASE NO.: 1:24-cv-00682-MJM

(1) ANNEX LLC, et al     *

(2) ANANIA FANTANHUN     *

(3) MEKDIM AYELE a/k/a AYELE MEKDIUM     *

        Defendants

* * * * * * * * * * * * *

## ORDER

ORDERED, this 27th day of June, 2024, that in consideration of the Plaintiff's Notice of Dismissal, Plaintiff's Motion is hereby GRANTED.

This matter is hereby dismissed, pursuant to Local Rule 111. Prior to February 15, 2025, this dismissal with be considered a dismissal without prejudice. After February 15, 2025, this dismissal with be considered a dismissal with prejudice.

/S/
_____
Matthew J. Maddox
United States District Judge

cc:     Richard M. Kind, Esq.
One Church Lane
Baltimore, MD 21208

Annex LLC t/a Anyx Lounge t/a Annex Lounge
t/a Annex Lounge Baltimore t/a The Hideout at Annex
1818 Maryland Avenue
Baltimore, MD 21201

Anania Fantanhun
10316 Malcolm Circle, #M
Cockeysville, MD 21030

Mekdim Ayele a/k/a Ayele Mekdium
10537 Pudding Lane
Ellicott City, MD 21042